**AFFIDAVIT OF SPECIAL AGENT JOSEPH LOSAVIO, JR. IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT**

I, Joseph Losavio, Jr., having been duly sworn, do hereby depose and state as follows:

**Agent Background**

1. I am a Special Agent with the Department of Health and Human Services, Office of Inspector General, Office of Investigations ("HHS-OIG") and have been so employed since February 2011. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia. In 2007, I graduated from the Bridgewater State College with a B.S. degree in Criminal Justice. My current duties as an HHS-OIG Special Agent include conducting investigations involving allegations of fraud involving health care benefit programs such as Medicare and Medicaid. Due to my training, experience, and conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of persons who fraudulently obtain or assume false identities.

2. I am also a member of the Document and Benefit Fraud Task Force ("DBFTF") of Homeland Security Investigations ("HSI"), a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of United States citizens living in Puerto Rico and used those identities to obtain public benefits, which they would not otherwise be eligible to receive, including Massachusetts Registry of Motor Vehicles ("RMV") identity documents, Social Security numbers ("SSNs"), MassHealth benefits, public housing benefits, and unemployment benefits.

## Purpose of Affidavit

3. I submit this affidavit in support of an application for a criminal complaint charging John DOE with (1) False Representation of a Social Security Number, in violation of 42 U.S.C. § 408(a)(7)(B), and (2) Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation, but includes only the information necessary to establish probable cause for the requested complaint.

## Probable Cause

### The RMV Application

5. On November 9, 2016, an individual, John DOE, appeared in person at the Massachusetts RMV office located in Roslindale and submitted a Change of Information application for a Massachusetts Driver's License. On the application, DOE identified himself with the name J.A.M.M., date of birth xx/xx/1970, and SSN xxx-xx-9819.[1] DOE signed the application under penalty of perjury. A photograph of DOE was taken on August 13, 2013, as part of a prior application for the renewal of a Massachusetts Driver's License in the name of J.A.M.M. That photograph was stored in the RMV's database. As a result of the November 9, 2016, application, a duplicate Massachusetts Driver's License, number Sxxxx2493, was issued by the RMV to DOE in the name J.A.M.M. The photograph taken on August 13, 2013, in connection with the application for the renewal of a Massachusetts Driver's License in the name

---

[1] The identity of the victim, J.A.M.M., is known to the Government. These initials represent the victim's first name, middle name, paternal last name, and maternal last name. In order to protect the victim's privacy, only the initials "J.A.M.M." and "J.M.M." are used in this affidavit to reflect the variations of the victim's full name that were used by DOE.

of J.A.M.M., was associated with the duplicate driver's license issued on November 9, 2016, in the name of J.A.M.M.

6. On September 24, 2020, law enforcement agents conducted surveillance in the vicinity of Granfield Avenue, Roslindale, Massachusetts. Law enforcement agents observed an individual they believed to be DOE, based on a comparison to the RMV photo of DOE taken August 13, 2013, in the name of J.A.M.M., walk from the driveway area of a residence located on Granfield Avenue toward the street.

### Other Use of the J.M.M. Identity

7. The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts.

8. According to MassHealth records, between July 2011 and March 2018, at least two applications for MassHealth benefits were submitted to MassHealth in the name of J.M.M. Each application filed in the J.M.M. name listed a date of birth of xx/xx/1970 and a SSN of xxx-xx-9819. On or about June 3, 2017, an application for MassHealth benefits was submitted to MassHealth in the J.M.M. identity. That application included a copy of a Massachusetts Driver's License in the J.A.M.M. identity bearing the number Sxxxx2493.

### Confirmation of a Valid SSN

9. The Social Security Administration ("SSA"), Office of Inspector General has confirmed that SSN xxx-xx-9819 is a valid SSN that was assigned to J.M.M.

**Identification of the True J.A.M.M.**

10.     The Department of Homeland Security conducted a search of the Driver and Vehicle Information Database ("DAVID"), which includes driver's licenses and identification cards issued in Puerto Rico, for identity documents issued in the name of J.M.M. The search revealed that Puerto Rico Identification Card number xxx1146 was issued to an individual in the name J.A.M.M., with a date of birth of xx/xx/1970, and SSN xxx-xx-9819. I have examined the photograph associated with that DAVID record and conclude that the individual depicted in that photograph is not the same as the individual depicted in the RMV photograph referenced above in paragraph 5.

11.     On October 1, 2020, a Special Agent in Puerto Rico interviewed an individual identified as J.A.M.M. in Carolina, Puerto Rico. The Special Agent used the DAVID photograph referenced above in paragraph 10 to identify J.A.M.M. J.A.M.M. stated that he was born in San Juan, Puerto Rico, his SSN is xxx-xx-9819, and his date of birth is xx/xx/1970. J.A.M.M. stated that he has never traveled to the continental United States and that he has never lived anywhere outside of Puerto Rico. J.A.M.M. reported that he has never applied for a Massachusetts Driver's License, a Massachusetts Identification Card, nor MassHealth benefits.

**Conclusion**

12.     Based on the foregoing, I have probable cause to believe that, on or about November 9, 2016, John DOE (1) falsely represented, with intent to deceive and for any purpose, a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the Social Security account number assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B); and, (2) knowingly transferred, possessed and used, during and in relation to any felony violation

enumerated in 18 U.S.C. 1028A(c), and without lawful authority, a means of identification of another person in violation of 18 U.S.C. § 1028A.

Sworn to under the pains and penalties of perjury.

/s/ Joseph Losavio, Jr.
───────────────────────────
JOSEPH LOSAVIO, JR.
Special Agent
U.S. Department of Health and Human Service/OIG

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October  20 , 2020.

HONORABLE M. PAGE KELLEY
Chief United States Magistrate Judge